UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Margaret Lawless<br><br>Plaintiff,<br><br>v.<br><br>Steward Health Care System LLC<br><br>Defendant. | Civil Action No. 16-10939-DJC |

# JUDGMENT

**CASPER, J.**                                                                                                November 2, 2017

Judgment for the plaintiff, Margaret Lawless, in accordance with D. 37 entered on November 2, 2017.

Robert M. Farrell, Clerk

/s/ Lisa M. Hourihan
Deputy Clerk